## Second Department, February, 1956

### (February 6, 1956)

■ ACKERLY MARINE CORPORATION, Appellant, v. ROBERT ACKERLY et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ FRANK L. BARTH, Respondent, v. WILLIAM WICKHAM, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 691.]

■ In the Matter of the Probate of the Will of BESSIE LEVINE, Deceased. CLARA NITSBERG, Appellant; BENJAMIN LEVINE et al., Respondents.— Motion to amend and clarify the decision of this court dated January 9, 1956, denied, without costs, on the ground that it appears in the moving affidavit that the decision has been correctly interpreted by the Surrogate's Court. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 778.]

■ In the Matter of the Appointment of a Successor Trustee of the Trust under the Will of EDWARD L'E. PHIPPS, Deceased. FRANCIS H. PHIPPS, Respondent; CORALIE E. PHIPPS, Appellant.— Motion for leave to appeal to the Court of Appeals denied on the ground that the order of January 5, 1955, is a final order and, therefore, an appeal lies as a matter of right. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 695.]

■ MARY M. JOHNSTON, Respondent, v. BLANCHE SULTAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ JOJULE REALTY CORPORATION, Appellant, v. BONDED FROZEN FOOD CORP., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ MARGARET LUKAS, Respondent, v. ALPHONSE GALCHUS, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ ELSIE MANOLOPOULOS, Respondent, v. AMERICAN PROGRESSIVE HEALTH INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ BERTHA MOONEY et al., Respondents, v. JACOB KLEIN, Doing Business as SAUL'S FRUIT MARKET, et al., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ GOLDIE NEIBERG et al., Respondents, v. REMSENBURG REALTY CORPORATION et al., Appellants.— Motions for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ MARTIN O'MALLEY, as Administrator of the Estate of PATRICK O'MALLEY, Deceased, Respondent, v. ANCHOR MOTOR FREIGHT CORPORATION et al., Appellants.— Motion to resettle order entered December 20, 1955, denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 689.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EDWARD ADAMS, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See ante, p. 783.]